instead be brought under *Bivens* or Section 1983.

We hold that petitioner may not raise his challenges to conditions of confinement in a Section 2241 petition. The order of the district court is therefore **AFFIRMED.**

**ARKWRIGHT MUTUAL INSURANCE CO., Plaintiff–Appellant,**

v.

**BANK OF AMERICA, N.A. (SOUTH), f.k.a. NationsBank of Florida, N.A., NationsBank, N.A. (South), Defendant–Appellee.**

No. 99–11396.

United States Court of Appeals, Eleventh Circuit.

Feb. 6, 2001.

Guy W. Harrison, Bradford A. Thomas, Kimbrell & Hamann, P.A., Miami, FL, for Plaintiff–Appellant.

Eugene E. Stearns, Joy Spillis Lundeen, Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., Miami, FL, for Defendant–Appellee.

---

Before GODBOLD, COX and MESKILL*, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss this appeal with prejudice, due to settlement, with the parties bearing their own costs and attorneys' fees, is GRANTED.

All remaining pending motions are DENIED AS MOOT.

On its own motion, the Court hereby WITHDRAWS its published opinion in this appeal. *See Key Enterprises of Delaware, Inc. v. Venice Hospital,* 9 F.3d 893, 894–5 (11th Cir.1993) (en banc).